## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| TRACY HOOTS, | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:23-cv-00584-JRG-RSP |
| v. | § | |
| | § | |
| DEBRA WALKER., SHERIFF OF | § | |
| HENDERSON COUNTY, | § | |
| *Defendant*. | § | |

## ORDER

Plaintiff previously filed a Complaint (Dkt. No. 1) and sought to proceed *in forma pauperis* (Dkt. No. 2). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 4), recommending dismissal of Plaintiff's case under 28 U.S.C. § 1915(e)(2). Plaintiff has now filed Objections (Dkt. No. 8),[1] with no Response from Defendant.

After conducting a *de novo* review of the briefing on the Complaint, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

---

[1] The Court reminds the Parties that under Local Rule CV-11(g), "All litigants remain responsible for the accuracy and quality of legal documents produced with the assistance of generative artificial intelligence technology…If a litigant chooses to employ generative artificial intelligence technology, the litigant continues to be bound by the requirements of Fed. R. Civ. P. 11 and must review and verify all content to ensure that it complies with all such standards."

# So Ordered this

**Mar 18, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE